# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**RICKY L. LENARD, SR.**                                                                **PLAINTIFF**

**V.**                              **CASE NO. 4:20-CV-494-JM-BD**

**TURNTINE,** *et al.*                                                                   **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.     Procedures for Filing Objections**

This Recommendation for dismissal has been sent to Judge James M. Moody Jr. Mr. Lenard may file objections if he disagrees with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If Mr. Leonard does not file objections, he risks waiving the right to appeal questions of fact. And, if no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing the record.

**II.    Discussion**

On May 11, 2020, Plaintiff Ricky L. Lenard, Sr., an inmate at the W.C. Dub Brassell Adult Detention Center, filed this action *pro se* under 42 U.S.C. § 1983. (Doc. No. 2) Mr. Lenard also moved to proceed *in forma pauperis* (IFP). (Doc. No. 1) Because of his litigation history, however, Mr. Lenard is not eligible for IFP status in federal court

absent an allegation that he is in imminent danger of serious physical injury.[1]  Here, Mr. Lenard did not plead facts alleging imminent danger of serious physical injury, so his motion to proceed IFP was denied. (Doc. No. 3)

The Court allowed Mr. Lenard 30 days to pay the $400 filing fee required to proceed with this lawsuit. (Doc. No. 3) Mr. Lenard was specifically cautioned that his failure to pay the filing fee could result in dismissal of his claims, without prejudice. To date, Mr. Lenard has not paid the filing fee, as required in the Court's May 12, 2020 Order, and the time for doing so has passed.

### III.   Conclusion

The Court recommends that Mr. Lenard's claims be DISMISSED, without prejudice based on his failure to comply with the Court's May 12, 2020 Order requiring him to pay the filing fee.

IT IS SO ORDERED, this 25th day of August, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The following dismissals constitute "strikes" against Mr. Lenard for purposes of determining eligibility for IFP status: *Lenard v. Matthews*, et al., E.D. Ark. Case No. 2:14-cv-54-JM; *Lenard. v. Hobbs*, E.D. Ark. Case No. 2:14-cv-144-BSM; *Lenard. v. Flynn,* et al., E.D. Ark. Case No. 5:14-cv-100-BSM.