IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICKY L. LENARD, SR.**                                                                  **PLAINTIFF**

V.                              CASE NO. 4:20-CV-494-JM-BD

**TURNTINE,** *et al.*                                                                      **DEFENDANTS**

## ORDER

The Court has received a Recommendation for dismissal filed by Magistrate Judge Beth Deere. Mr. Lenard has not filed objections. After careful review, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Lenard's claims are DISMISSED, without prejudice based on his failure to comply with the Court's May 12, 2020 Order requiring him to pay the filing fee.

IT IS SO ORDERED, this 14th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE