IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICKY L. LENARD, SR.**                                                                       **PLAINTIFF**

**V.**                              **CASE NO. 4:20-CV-494-JM**

**TURNTINE,** *et al.*                                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 14th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE